Cornelius Pitt, and Andrew G. Pitt, for appellant; John W. Freels, and Charles I. Hopkins, Jr., for appellee; Joseph H. Wright, Charles A. Helsell, and Herbert J. Deany, of counsel. Opinion by JUSTICE BURKE. **Not to be published in full.** Opinion filed March 9, 1953; released for publication April 6, 1953.

## M. L. Erlich, Trading as Ace Plumbing and Heating Company, Plaintiff-Appellee, v. Patrick O'Mahony, Julius P. Blakely and Marion Blakely, Defendants. Patrick O'Mahony, Appellant.

### Gen. No. 45,958.

McCarthy, Witry, Lyon & McCarthy, for appellant; Emmett J. McCarthy, George R. Lyon, and George E. Brogan, of counsel; Silverman, Blumenthal & Schwartz, for appellee; Arthur F. Schwartz, of counsel. Opinion by JUSTICE BURKE. **Not to be published in full.** Opinion filed March 9, 1953; rehearing denied March 27, 1953; released for publication April 6, 1953.